**Thomas Edward WATSON, Appellant,**

v.

**Lisa CLOVER, Appellee.**

**No. 04–1124.**

United States Court of Appeals, Eighth Circuit.

Submitted July 7, 2004.

Decided July 12, 2004.

Thomas Edward Watson, Fulton, MO, pro se.

Before BYE, MCMILLIAN, and RILEY, Circuit Judges.

**PER CURIAM.**

Thomas Watson appeals the district court's[1] order dismissing, for failure to

state a claim, his civil action against his former state public defender. Having carefully reviewed the record, we conclude that dismissal was proper for the reasons the district court stated. *See Polk County v. Dodson,* 454 U.S. 312, 324–25, 102 S.Ct. 445, 70 L.Ed.2d 509 (1981) (public defenders performing traditional functions as counsel are not state actors); *Dace v. Mickelson,* 816 F.2d 1277, 1280–81 (8th Cir.1987) (no liberty interest in conditional release unless interest is created by state statute); *Johnson v. Missouri Bd. of Prob. & Parole,* 92 S.W.3d 107, 113–114 (Mo. App.2002) (Missouri does not by statute create liberty interest in conditional release).

Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Nanette K. Laughrey, United States District Judge for the Western District of Missouri, adopting the report and recommendations of the Honorable William A. Knox, United States Magistrate Judge for the Western District of Missouri.